# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MIGUEL SEBASTIAN PINO

VERSUS

TRINITY SANDERS PINO

NO.   2024 CW 1068

**DECEMBER 11, 2024**

In Re:   Miguel Sebastian Pino, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. F-228885.

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

 **WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(6), (7), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the judgment, order, or ruling complained of, a copy of the judge's reasons for judgment, order, or ruling (if written), a copy of pertinent court minutes, and a copy of the signed return date order.  In addition, this court requires a copy of any evidence admitted at the hearing and the transcript of the pertinent hearing.

 Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

 In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before December 26, 2024, and must contain a copy of this ruling.

                              **JMG**
                              **AHP**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT